UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANK ROBINSON,

                          Plaintiff,

    vs                                                  9:01-CV-1934

GLENN S. GOORD, Commissioner of New York
State DOCS; THERESA DAVID-KNAPP, Director
of Inmate Movement and Classification at DOCS;
JOSEPH J. COSTELLO, Superintendent of
Mid-State Correctional Facility; JOSEPH F. DAVID,
Superintendent of Greene Correctional Facility;
MELODY J. ELDRED, Deputy Superintendent of
Administration at Greene Correctional Facility;
KAREN PHILLIPS, Senior Counselor at Midstate
Correctional Facility; SGT. SHAUGER, SHU
Supervisor at Greene Correctional Facility; MR.
REESE, Corrections Officer at Greene Correctional
Facility; R.N. JANE DOE, #259 at Greene Correctional
Facility; THOMAS EAGEN, Director of Inmate
Grievance Program; JAMES NICHOLS, Deputy
Superintendent of Programs; SUPERVISOR TESTO,
Inmate Grievance Program at Hudson Correctional
Facility; DANIEL LUTZ, Supervisor Inmate Grievance
 Program at Midstate Correctional Facility; and
G. LAWRENCE, W. STRAITE, and T. DOBBINS,
Each Corrections Officers at Midstate Correctional Facility,

                                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

FRANK ROBINSON
97-A-4028
Franklin Correctional Facility
62 Bare Hill Road
PO Box 10
Malone, NY 12953

HON. ELIOT SPITZER
Attorney General of the
  State of New York
Attorney for Defendants
Litigation Bureau
Department of Law
The Capitol
Albany, New York 12224

LISA ULLMAN, ESQ.
Asst. Attorney General

DAVID N. HURD
United States District Judge

# O R D E R

Plaintiff, Frank Robinson, brought this civil rights action pursuant to 42 U.S.C. § 1983. In a Report-Recommendation dated November 1, 2005, the Honorable George H. Lowe, United States Magistrate Judge, recommended that defendants' motion for summary judgment be granted; that plaintiff's Seventh Claim" be sua sponte dismissed with prejudice under Fed. R. Civ. P. 12(b)(6) to the extent that the claim asserts any "non-transfer" allegations against defendant Knapp-David; and that plaintiff's Eighth Claim and Ninth Claim should be sua sponte dismissed with prejudice. The plaintiff has filed timely objections to the recommendations of the Magistrate Judge.

Based upon a de novo determination of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is granted;

2. Plaintiff's Seventh Claim" is sua sponte dismissed with prejudice under Fed. R. Civ. P. 12(b)(6) to the extent that the claim asserts any "non-transfer" allegations against defendant Knapp-David; and

3. Plaintiff's Eighth Claim and Ninth Claim are sua sponte dismissed with prejudice.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 25, 2006
       Utica, New York.